IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02134-BNB

NICK SMITH-BEY,

    Plaintiff,

v.

VICKI JARRETT, and
WARDEN STEVE HARTLEY,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 18 2008

GREGORY C. LANGHAM
                CLERK

## AMENDED ORDER REASSIGNING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. The court's order filed on November 14, 2008, will be vacated to the extent the order directed the assignment of this action to Judge David M. Ebel pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kristen L. Mix. Accordingly, it is

ORDERED that the court's Order Assigning Case filed on November 14, 2008, is vacated to the extent the order directed the assignment of this action to Judge David M. Ebel pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kristen L. Mix. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 18, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02134-BNB

Nick Smith-Bey
Prisoner No. 98861
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/8/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk