IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-02134-CMA-MJW

NICK SMITH-BEY,

 Plaintiff,

v.

VICKI JARRET, and
WARDEN STEVE HARTLEY,

 Defendants.

## ORDER ADOPTING AND AFFIRMING JUNE 17, 2009 RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

  This matter is before the Court on Defendants' Combined Motion to Dismiss and Memorandum Brief In Support of Motion to Dismiss (Doc. # 15), filed January 23, 2009. The motion was referred to Magistrate Judge Michael J. Watanabe for a Recommendation by Order of Reference dated January 27, 2009. Magistrate Judge Watanabe issued a Recommendation on June 17, 2009 that the above-referenced motion be granted. (Recommendation at 14.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed.R.Civ.P. 72(b).

  The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. (Recommendation at 14.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

> In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Watanabe is sound and that there is no clear error on the face of the record. *See* Fed.R.Civ.P. 72(a). I agree that the above-referenced motion to dismiss should be granted. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Michael J. Watanabe (Doc. # 27), filed June 17, 2009, is AFFIRMED and ADOPTED.

In accordance therewith, it is

FURTHER ORDERED that Defendants' Combined Motion To Dismiss and Memorandum Brief In Support of Motion To Dismiss (Doc. # 15), filed January 23, 2009 is GRANTED. It is

FURTHER ORDERED that this case is hereby DISMISSED WITH PREJUDICE.

DATED: July  13 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge